UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORD TO INFO INC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 15-cv-03486-WHO <br><br> **ORDER REGARDING MOTION TO DISMISS** <br><br> Re: Dkt. No. 13 |

Before this case was transferred to this district, Google filed a motion to dismiss. Dkt. No. 13. The motion has been fully briefed and has not been resolved. If Google wishes to proceed with the motion, it shall notice it for an available hearing date no earlier than September 23, 2015. Google shall do so within seven days of the date of this order. If Google does not do so, the Clerk shall terminate the motion.

**IT IS SO ORDERED**.

Dated: September 1, 2015

WILLIAM H. ORRICK
United States District Judge