Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Word to Info Inc.    )
                     )   Case No: 15-cv-03486-WH
         Plaintiff(s),)
                     )   **APPLICATION FOR**
     v.              )   **ADMISSION OF ATTORNEY**
                     )   **PRO HAC VICE**
Google Inc.          )   (CIVIL LOCAL RULE 11-3)
                     )
         Defendant(s).)

I, David J. Ball, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google Inc. in the above-entitled action. My local co-counsel in this case is Sonal Mehta, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2001 K Street NW<br>Washington, DC 20006 | 217 Leidesdorff Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 223-7300 | (415) 362-6666 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dball@paulweiss.com | smehta@durietangri.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 460055.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/16/15

David J. Ball
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David J. Ball is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 17, 2015

GRANTED
W. H. O.
Judge William H. Orrick

UNITED STATES DISTRICT/MAGISTRATE JUDGE