1 | Jonathan D. Baker (Cal. Bar No. 196062)
2 | Steven R. Daniels (Cal. Bar No. 235398)
   | Gurtej Singh (Cal. Bar No. 286547)
3 | FARNEY DANIELS PC
   | 411 Borel Ave., Suite 350
4 | San Mateo, CA 94402
   | Telephone: (424) 268-5200
5 | Facsimile: (424) 268-5219
6 | jbaker@farneydaniels.com
   | sdaniels@farneydaniels.com
7 | tsingh@farneydaniels.com

Attorneys for Plaintiff
WORD TO INFO, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WORD TO INFO, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

Case No. 3:15-cv-03486-WHO

**NOTICE OF APPEARANCE OF GURTEJ SINGH**

NOTICE OF APPEARANCE OF GURTEJ SINGH   - 1 -   Civil Case No. 3:15-CV-03486-WHO

1   TO THE CLERK OF COURT AND ALL PARTIES AND ATTORNEYS
2   OF RECORD:

3   PLEASE TAKE NOTICE that Gurtej Singh of Farney Daniels PC, a member
of the State bar of California and admitted to practice before this Court, enters this
Notice of Appearance as counsel for Plaintiff Word to Info, Inc. in this action and
may be contacted and receive notices as follows:

Gurtej Singh
Farney Daniels PC
411 Borel Ave., Suite 350
San Mateo, California 94402
Telephone: (424) 268-5200
Facsimile: (424) 268-5219
Email: tsingh@farneydaniels.com

Dated: September 18, 2015

FARNEY DANIELS PC

/s/ *Gurtej Singh*
Gurtej Singh, Bar No. 286547
411 Borel Ave., Suite 350
San Mateo, California 94402
Telephone: (424) 268-5200
Facsimile: (424) 268-5219
Email: tsingh@farneydaniels.com

*Attorney for Plaintiff*
*WORD TO INFO, INC.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2015, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Gurtej Singh*
Gurtej Singh