1  Steven R. Daniels (CA Bar 235398)
2  Jonathan D. Baker (CA Bar 196062)
   Michael D. Saunders (CA Bar 259692)
3  Gurtej Singh (CA Bar 286547)
   FARNEY DANIELS PC
4  411 Borel Ave., Suite 350
   San Mateo, CA 94402
5  Telephone: (424) 268-5200
   Facsimile:  (424) 268-5219
6  jbaker@farneydaniels.com
7  sdaniels@farneydaniels.com
   tsingh@farneydaniels.com
8  msaunders@farneydaniels.com

9  Attorneys for Plaintiff
10 WORD TO INFO, INC.

11 (additional counsel listed on signature page)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORD TO INFO, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.<br><br>　　　　　　Defendants.<br><hr>WORD TO INFO, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>　　　　　　Defendants. | Case Nos. 3:15-cv-03485-WHO<br>and 3:15-cv-03486-WHO<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR CASE MANAGEMENT STATEMENT**<br>CMC:　Nov. 10, 2015 at 2:00 P.M.<br>Ctrm:　2 – 17th Floor<br>Judge:　Honorable William H. Orrick<br><br>Due Date: 11/3/2015<br><br>Requested Date: 11/4/2015 |

**ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINE FOR CASE MANAGEMENT STATEMENT**

Upon review of Plaintiff Word to Info, Inc. and Defendants Facebook, Inc. and Google Inc.'s Joint Motion to Extend Deadline for Case Management Statement, and finding good cause,

IT IS HEREBY ORDERED that the deadline is extended to November 4, 2015.

IT IS SO ORDERED.



Dated:  November 9, 2015

William H. Orrick
United States District Judge