FARNEY DANIELS PC
Steven R. Daniels (CA Bar 235398)
Jonathan D. Baker (CA Bar 196062)
Michael D. Saunders (CA Bar 259692)
Gurtej Singh (CA Bar 286547)
411 Borel Ave., Suite 350
San Mateo, CA 94402
Telephone: (424) 268-5200
Facsimile: (424) 268-5219
sdaniels@farneydaniels.com
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsingh@farneydaniels.com

Attorneys for Plaintiff Word to Info, Inc.

(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WORD TO INFO, INC., <br><br>    Plaintiff, <br><br>v. <br><br>FACEBOOK, INC. <br><br>    Defendant. | Case Nos. 3:15-cv-03485-WHO and 3:15-cv-03486-WHO <br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS' INVALIDITY CONTENTIONS AND EXCHANGE OF PROPOSED TERMS AND PRELIMINARY CONSTRUCTIONS** |
| WORD TO INFO, INC., <br><br>    Plaintiff, <br><br>v. <br><br>GOOGLE INC. <br><br>    Defendant. | |

STIPULATION EXTENDING TIME FOR DEFENDANTS' INVALIDITY CONTENTIONS AND EXCHANGE OF PROPOSED TERMS AND PRELIMINARY CONSTRUCTIONS

3:15-cv-03485-WHO and 3:15-cv-03486-WHO

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

WHEREAS the Plaintiff Word to Info, Inc. ("Plaintiff") and Defendants Facebook, Inc. and Google Inc. ("Defendants") have agreed to a new date of February 12, 2016, for Facebook, Inc. to serve its Invalidity Contentions and a new date of February 19, 2016, for Google Inc. to serve its Invalidity Contentions;

WHEREAS the parties have agreed to a new date of February 26, 2016, for the Exchange of Proposed Terms for Claim Construction and a new date of March 4, 2016, for the Exchange of Preliminary Constructions;

WHEREAS the parties agreed to these revised dates because Plaintiff and Defendant Google Inc. were meeting and conferring regarding Plaintiff's Infringement Contentions;

WHEREAS the parties' stipulation does not change any other dates in the current schedule and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules;

IT IS STIPULATED by the parties that Facebook, Inc.'s Invalidity Contentions were due on February 12, 2016; Google Inc.'s Invalidity Contentions were due on February 19, 2016; the parties' Exchange of Proposed Terms for Claim Construction is due on February 26, 2016; and the parties' Exchange of Preliminary Constructions is due on March 4, 2016.

Respectfully submitted,

Dated: February 23, 2016

By: */s/ Heidi L. Keefe*
Heidi L. Keefe

Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein (CA Bar 193043)
Lowell D. Mead (CA Bar 223989)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com
lmead@cooley.com

*Attorneys for Defendant Facebook, Inc.*

By: */s/ Steven R. Daniels*
Steven R. Daniels

Steven R. Daniels (CA Bar 235398)
Jonathan D. Baker (CA Bar 196062)
Michael D. Saunders (CA Bar 259692)
Gurtej Singh (CA Bar 286547)
FARNEY DANIELS PC
411 Borel Ave., Suite 350
San Mateo, CA 94402
Telephone: (424) 268-5200
Facsimile: (424) 268-5219
sdaniels@farneydaniels.com
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsingh@farneydaniels.com

Cassandra Klingman (admitted *pro hac vice)*
George W. Webb III (admitted *pro hac vice*)
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
cklingman@farneydaniels.com
gwebb@farneydaniels.com

*Attorneys for Plaintiff Word to Info, Inc.*

- 3 -

STIPULATION EXTENDING TIME FOR DEFENDANTS' INVALIDITY CONTENTIONS AND EXCHANGE OF PROPOSED TERMS AND PRELIMINARY CONSTRUCTIONS 3:15-cv-03485-WHO and 3:15-cv-03486-WHO

By: _/s/ David J. Ball_
David J. Ball

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
David J. Ball Jr. (admitted *pro hac vice*)
dball@paulweiss.com
David K. Stark (SBN 279089)
dstark@paulweiss.com
2001 K Street, NW, Suite 500
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

DURIE TANGRI LLP
Sonal N. Mehta (SBN 222086)
smehta@durietangri.com
Alexandra H. Moss (SBN 302641)
amoss@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Nicholas Groombridge (admitted *pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (admitted *pro hac vice*)
jcwu@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant*
*Google Inc.*

- 4 -

STIPULATION EXTENDING TIME FOR DEFENDANTS' INVALIDITY CONTENTIONS AND EXCHANGE OF PROPOSED TERMS AND PRELIMINARY CONSTRUCTIONS 3:15-cv-03485-WHO and 3:15-cv-03486-WHO

Filer's Attestation

Pursuant to Civil Local Rule 5-1(i)(3), Steven R. Daniels, hereby attests that the above-named signatories concur in this filing.

DATED: February 23, 2016

*/s/ Steven R. Daniels*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2016

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

- 5 -

STIPULATION EXTENDING TIME FOR
DEFENDANTS' INVALIDITY CONTENTIONS AND
EXCHANGE OF PROPOSED TERMS AND PRELIMINARY CONSTRUCTIONS

3:15-cv-03485-WHO and 3:15-cv-03486-WHO