PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Nicholas Groombridge (admitted *pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (admitted *pro hac vice*)
jcwu@paulweiss.com
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
David J. Ball Jr. (admitted *pro hac vice*)
dball@paulweiss.com
David K. Stark (SBN 279089)
dstark@paulweiss.com
2001 K Street, NW, Suite 500
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

DURIE TANGRI LLP
Sonal N. Mehta (SBN 222086)
smehta@durietangri.com
Alexandra H. Moss (SBN 302641)
amoss@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300

Attorneys for Defendant
GOOGLE INC.

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORD TO INFO, INC.,<br><br>                        Plaintiff,<br><br>        v.<br><br>GOOGLE INC.<br><br>                        Defendant. | Case No. 3:15-cv-03486-WHO<br><br>**STIPULATED REQUEST TO MODIFY HEARING DATE AND BRIEFING SCHEDULE FOR WORD TO INFO, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

WHEREAS Plaintiff Word to Info, Inc. ("Plaintiff") filed its Motion for Leave to Amend Infringement Contentions (Dkt. 116) on Thursday, March 31, 2016, and noticed a hearing date for May 11, 2016;

WHEREAS under this schedule, Defendant Google Inc.'s ("Google") opposition to Plaintiff's motion would be due by Thursday, April 14, 2016, and Plaintiff's reply would be due Thursday, April 21, 2016;

WHEREAS Google has informed Plaintiff that Google intends to submit a cross-motion to strike Plaintiff's infringement contentions;

WHEREAS Google and Plaintiff agree that hearing these motions at the same time would be more efficient for both the Court and the parties and that a modified hearing date of May 25, 2016, would permit these motions to be heard at the same time;

WHEREAS Google and Plaintiff now request that the hearing date for Plaintiff's motion be moved to May 25, 2016;

WHEREAS Google and Plaintiff agree that there is good cause for modifying the briefing schedule for Plaintiff's Motion for Leave to Amend Infringement Contentions (Dkt. 116) to facilitate briefing and hearing that motion and Google's cross-motion at the same time;

WHEREAS Plaintiff and Google now request that Google's opposition to Plaintiff's motion be filed by Tuesday, April 19, 2016, and Plaintiff's reply be filed by Wednesday May 4, 2016;

WHEREAS the parties' stipulation does not change any other dates in the current schedule and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules;

IT IS STIPULATED AND REQUESTED that, subject to the Court's approval, the hearing date for Plaintiff's Motion for Leave to Amend Infringement Contentions be May 25, 2016; that Google's opposition to Plaintiff's motion be due April 19, 2016; and that Plaintiff's reply be due May 4, 2016.

Dated: April 12, 2016

Respectfully submitted,

| By: */s/ Steve Daniels* | By: */s/ Nicholas Groombridge* |
|---|---|
| Steven R. Daniels | Nicholas Groombridge |

| | |
|---|---|
| Steven R. Daniels (CA Bar 235398) | DURIE TANGRI LLP |
| George W. Webb III (admitted *pro hac vice*) | Sonal N. Mehta (SBN 222086) |
| Jonathan D. Baker (CA Bar 196062) | smehta@durietangri.com |
| Michael D. Saunders (CA Bar 259692) | Alexandra H. Moss (SBN 302641) |
| Gurtej Singh (CA Bar 286547) | amoss@durietangri.com |
| FARNEY DANIELS LLP | 217 Leidesdorff Street |
| 411 Borel Ave., Suite 350 | San Francisco, CA 94111 |
| San Mateo, CA 94402 | Telephone: (415) 362-6666 |
| Telephone: (424) 268-5200 | Facsimile: (415) 236-6300 |
| Facsimile: (424) 268-5219 | |
| sdaniels@farneydaniels.com | PAUL, WEISS, RIFKIND, WHARTON |
| gwebb@farneydaniels.com | & GARRISON LLP |
| jbaker@farneydaniels.com | David J. Ball Jr. (admitted *pro hac vice*) |
| msaunders@farneydaniels.com | dball@paulweiss.com |
| tsingh@farneydaniels.com | David K. Stark (SBN 279089) |
| | dstark@paulweiss.com |
| *Attorneys for Plaintiff* | 2001 K Street, NW, Suite 500 |
| *Word to Info, Inc.* | Washington, DC 20006-1047 |
| | Telephone: (202) 223-7300 |
| | Facsimile: (202) 223-7420 |
| | |
| | PAUL, WEISS, RIFKIND, WHARTON |
| | & GARRISON LLP |
| | |
| | Nicholas Groombridge (admitted *pro hac vice*) |
| | ngroombridge@paulweiss.com |
| | Jenny C. Wu (admitted *pro hac vice*) |
| | jcwu@paulweiss.com |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | |
| | *Attorneys for Defendant* |
| | *Google Inc.* |

## **CIVIL L.R. 6-2 DECLARATION**

In accordance with Civil Local Rule 6-2, I declare that good cause supports the parties' stipulated request for modifying the hearing date for Plaintiff Word to Info, Inc.'s Motion for Leave to Amend Infringement Contentions to May 25, 2016; the due date for Google Inc.'s opposition to that motion to April 19, 2016; and the due date for Word to Info, Inc.'s reply to May 4, 2016. The requested modifications will permit Google Inc.'s forthcoming cross-motion to strike Plaintiff's infringement contentions to be heard at the same time.

The parties previously stipulated to an extension of time to the date of February 12, 2016, for Facebook, Inc. to serve its Invalidity Contentions; the date of February 19, 2016, for Google Inc. to serve its Invalidity Contentions; the date of February 26, 2016, for the Exchange of Proposed Terms for Claim Construction; and the date of March 4, 2016, for the Exchange of Preliminary Constructions because Plaintiff and Defendant Google Inc. were meeting and conferring regarding Plaintiff's Infringement Contentions. The Court entered its order granting this stipulation on February 26, 2016.

The parties subsequently agreed to the date of March 18, 2016, for the Exchange of Preliminary Constructions and the date of April 1, 2016, for the submission of the parties' Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3. The Court entered its order granting this stipulation on March 29, 2016.

The parties then agreed to the date of April 8, 2016, for the submission of the parties' Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3. The Court entered its order granting this stipulation on April 4, 2016.

The current stipulated request to modify the hearing date for Plaintiff's motion as well as associated briefing dates does not change any other dates in the current schedule, including the scheduled claim construction hearing on June 17, 2016, and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules.

DATED: April 12, 2016              */s/ James Razick*
                                   James Razick

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), David Ball, hereby attests that the above-named signatories concur in this filing.

DATED: April 12, 2016

        /s/David Ball_____

Vj g'j gct kpi 'f cvg'qh'Rnckpvkhhu'O qvkqp'hqt 'Ngcxg'vq'Co gpf 'Kpjt kpi go gpv'Eqpvgpvkqpu" shall be May 18, 2016 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERGF 'cu'o qf lhgf 0'**

Dated: __April 12, 2016_____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE