FARNEY DANIELS LLP
Steven R. Daniels (CA Bar 235398)
George W. Webb III (admitted *pro hac vice*)
Jonathan D. Baker (CA Bar 196062)
Michael D. Saunders (CA Bar 259692)
Gurtej Singh (CA Bar 286547)
411 Borel Ave., Suite 350
San Mateo, CA 94402
Telephone: (424) 268-5200
Facsimile: (424) 268-5219
sdaniels@farneydaniels.com
gwebb@farneydaniels.com
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsingh@farneydaniels.com

Attorneys for Plaintiff
WORD TO INFO, INC.

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Nicholas Groombridge (admitted *pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (admitted *pro hac vice*)
jcwu@paulweiss.com
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
David J. Ball Jr. (admitted *pro hac vice*)
dball@paulweiss.com
David K. Stark (SBN 279089)
dstark@paulweiss.com
James V. Razick (admitted *pro hac vice*)
jrazick@paulweiss.com
2001 K Street, NW, Suite 500
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

DURIE TANGRI LLP
Sonal N. Mehta (SBN 222086)
smehta@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WORD TO INFO, INC., <br><br>   Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br>   Defendant. | Case No. 3:15-cv-03486-WHO <br><br> **JOINT STIPULATION OF DISMISSAL AND ORDER** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff, Word to Info, Inc., and Defendant, Google Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

Dated:  October 21, 2016

Respectfully submitted,

| By: */s/ Steven R. Daniels* | By: */s/ Nicholas Groombridge* |
|---|---|
| Steven R. Daniels (CA Bar 235398) | DURIE TANGRI LLP |
| George W. Webb III (admitted *pro hac vice*) | Sonal N. Mehta (SBN 222086) |
| Jonathan D. Baker (CA Bar 196062) | smehta@durietangri.com |
| Michael D. Saunders (CA Bar 259692) | 217 Leidesdorff Street |
| Gurtej Singh (CA Bar 286547) | San Francisco, CA 94111 |
| FARNEY DANIELS LLP | Telephone: (415) 362-6666 |
| 411 Borel Ave., Suite 350 | Facsimile: (415) 236-6300 |
| San Mateo, CA 94402 | |
| Telephone: (424) 268-5200 | PAUL, WEISS, RIFKIND, WHARTON |
| Facsimile: (424) 268-5219 | & GARRISON LLP |
| sdaniels@farneydaniels.com | Nicholas Groombridge (admitted *pro hac vice*) |
| gwebb@farneydaniels.com | |
| jbaker@farneydaniels.com | ngroombridge@paulweiss.com |
| msaunders@farneydaniels.com | Jenny C. Wu (admitted *pro hac vice*) |
| tsingh@farneydaniels.com | jcwu@paulweiss.com |
| | 1285 Avenue of the Americas |
| *Attorneys for Plaintiff* | New York, NY 10019-6064 |
| *Word to Info, Inc.* | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | David J. Ball Jr. (admitted *pro hac vice*) |
| | dball@paulweiss.com |
| 3 | David K. Stark (SBN 279089) |
| | dstark@paulweiss.com |
| 4 | James V. Razick (admitted *pro hac vice*) |
| 5 | jrazick@paulweiss.com |
| | 2001 K Street, NW, Suite 500 |
| 6 | Washington, DC 20006-1047 |
| | Telephone: (202) 223-7300 |
| 7 | Facsimile: (202) 223-7420 |
| 8 | *Attorneys for Defendant* |
| 9 | *Google Inc.* |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), Steven R. Daniels hereby attests that the above-named signatories concur in this filing.

DATED: October 21, 2016

　　　　　　　　　　　　　*/s/ Steven R. Daniels*
　　　　　　　　　　　　　Steven R. Daniels

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 21, 2016

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　HON. WILLIAM H. ORRICK
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE